473 A.2d 665

Commonwealth v. Babb, Appellant.

Submitted July 28, 1983. Peter T. Campana, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.

BECK, J., filed a memorandum dissenting opinion.